# Allen E. Windrim

16th December 2018

United States Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

Case # 18-16016-jfk

RE: Request for assistance/meeting

Dear Honorable Judge FitzSimon;

I was instructed by the bankruptcy clerk's office to write you a letter to have my questions and/or concerns answered and/or addressed. So I would like to first thank you for your time, understanding and consideration.

Saturday, 15th December 2018 I received a mailing from KML Law Group, PC of California, the apparent law firm representing a secured creditor. This mailing was dated 11th December 2018 with a postmark of the same date, from California.

In this mailing, a hearing date of December 12th is referenced with no time or courtroom number. I do not see how the law firm expected me to receive the mailing in time, to properly respond and/or appear for any hearing mailing the parcel one day before a hearing; which I am still at a loss of where it was held and for what purposes.

I am at a loss, because during the hearing on the 28th November 2018, I was informed that the meeting of creditors would be reassigned and my next hearing date would be in February 2019. I have yet to receive any other notices to date.

Is there a court liaison or person I can speak to that will discuss my filing; with the understanding that legal advice will not be discussed by your staff.

As a disabled single father I cannot afford to lose the home. I am only trying to do what is right and if I need to file any amendments' to my filing, schedules, etc., I fully intend to comply with any/all directions from the honorable court.

Thank you very much for your time, consideration, understanding and compassion.

Respectfully,

Allen E. Windrim

CC: KML Law Group
    Trustee's office



FILED
DEC 17 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

**2244 S. 9th Street. Philadelphia. PA. 19148   T: 215.740.7884**

Law Group, PC
lox 9056
xcula, CA  92589-9056



2339539645

20181211-305

Windrim, Allen E.
2244 South 9th Street
Philadelphia, PA  19148

US POSTAGE $01.84

# KML LAW GROUP, P.C.
SUITE 5000 – THE BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PA 19106
www.kmllawgroup.com

December 11, 2018

PRO SE

    RE:    **Allen E. Windrim**
           **Last 4 Digits of Loan #8105**
           **BK. NO. 18-16016 JKF**
           **BK Filing Date: 09/11/2018**
           **Chapter 13**
           **Confirmation Hearing Date: 12/12/2018**
           **Our File #: 187030BK**

Attached please find our Objection to Confirmation of the Debtor's Chapter 13 Plan, which has been filed on December 11, 2018. Please note that the hearing on the Objection is scheduled for December 12, 2018.

        Thank you,

        **KML LAW GROUP, P.C.**

        **Joshua Jonas, Legal Assistant**
        KML Law Group, P.C.
        Rebecca A. Solarz
        (215) 627-1322
        E-mail: jjonas@kmllawgroup.com



2339539645