*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Allen E. Windrim
    Debtor(s)

Case No: 18−16016−jkf
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULED AS TO TIME ONLY\*\*\*

Motion for Relief from Stay re: 2244 S. 9th Street, Philadelphia, PA 19148. Fee Amount $181.00, Filed by WILMINGTON TRUST ET AL... Represented by HARRY B. REESE (Counsel).

    on: 2/6/19

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/23/19

Timothy B. McGrath
Clerk of Court

37 − 33
Form 167