15-1114

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Allen E. Windrim<br><br>Debtor(s)<br><br>WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESIDENTIAL ASSETS I, LLC<br><br>Movant<br><br>v.<br>Allen E. Windrim and<br>Scott Waterman, Esquire<br><br>Respondents | 18-16016 JKF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  02/06/2019 at 9:30am |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 8, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 23, 2019.

      It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

      Respectfully submitted,
      POWERS KIRN, LLC

By:    **/s/ Harry B. Reese, Esquire**
      By: Harry B. Reese, Esquire
      Attorney ID # 310501
      Eight Neshaminy Interplex, Suite 215
      Trevose, PA 19053
      Telephone: 215-942-2090
      Facsimile: 215-942-8661
      E-mail: harry.reese@powerskirn.com
      Attorney for Movant
      DATED:  January 25, 2019

15-1114

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Allen E. Windrim<br><br>                                                              Debtor(s)<br><br>WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESIDENTIAL ASSETS I, LLC<br>                                                              Movant<br>v.<br>Allen E. Windrim and<br>Scott Waterman, Esquire<br>                                                              Respondents | 18-16016 JKF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  02/06/2019 at 9:30am |

**CERTIFICATION OF SERVICE AND NOTICE**

Harry B. Reese, counsel for WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESIDENTIAL ASSETS I, LLC, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on January 25, 2019:

*Served Electronically*:

Scott  Waterman, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading PA  19606
Trustee

*Served Via 1st Class Mail:*

Allen E. Windrim, PRO SE
2244 S. 9th Street
Philadelphia PA  19148
Debtor


POWERS KIRN, LLC

By: **/s/ Harry B. Reese, Esquire**
By: Harry B. Reese, Esquire
Attorney ID # 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: harry.reese@powerskirn.com
Attorney for Movant
DATED:  January 25, 2019