United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16016-jkf
Allen E. Windrim                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Joan          Page 1 of 1          Date Rcvd: Feb 06, 2019
                           Form ID: 167        Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db           +Allen E. Windrim,    2244 S. 9th Street,    Philadelphia, PA 19148-3143
cr           +Wilmington Trust, National Association, not in its,    Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
14199625      Fay Servicing,    PO BOX 619063,    Dallas, TX 75261-9063
14225140     +Fay Servicing, LLC,    3000 Kellway Dr. Suite 150,    Carrollton, TX 75006-3357
14207125     +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14199626      Santander Consumer USA,    Attn: Bankruptcy Dept.,    PO BOX 560284,    Dallas, TX 75356-0284
14214121      U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
              St. Louis, MO 63166-0108
14195461     +WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.,    c/o JILL MANUEL-COUGHLIN,
              Powers, Kirn & Associates LLC,    Eight Neshaminy Interplex Suite 215,    Trevose, PA 19053-6980
14199624      Wells Fargo Home Mortgage,    PO BOX 5708,    Springfield, OH 45501-5708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2019 02:37:15      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14209457      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 07 2019 02:37:15
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14221505     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 07 2019 02:40:19      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14195852     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 02:37:16
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
          HARRY B. REESE   on behalf of Creditor   WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.
           harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
           aynor-paul@pkallc.com;amanda.rauer@pkallc.com
          HARRY B. REESE   on behalf of Creditor   WILMINGTON TRUST ET AL... harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
           aynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL MANUEL-COUGHLIN   on behalf of Creditor   WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.
           jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          POLLY A. LANGDON   on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
          SCOTT WATERMAN   ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                      TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Allen E. Windrim

     Debtor(s)
                                       Case No: 18–16016–jkf

                                                Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

CONFIRMATION HEARING

     on: 3/6/19

     at: 09:30 AM

     in: Courtroom #3, 900 Market Street, Philadelphia, PA
19107

                                            For The Court

Date:  2/6/19
                                            Timothy B. McGrath
                                            Clerk of Court