**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Allen E. Windrim,  : Chapter  13
        :
        Debtor(s)  : Case No.  18-16016-jkf
        :

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Allen E. Windrim**

Dated: March 1, 2019        By:

Respectfully Submitted,

JEFFERSON LAW, LLC

_____
Henry A. Jefferson, Esq.
PA Attorney I.D.  319681
Jefferson Law, LLC
BNY Mellon Center, Suite 3750
1735 Market Street
Philadelphia, PA  19103
P:  215-399-0911
E:  hjefferson@hjeffersonlawfirm.com