15-1114

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Allen E. Windrim<br><br>                                   Debtor(s) | 18-16016 JKF<br><br>Chapter 13 Proceeding |
| WILMINGTON TRUST NATIONAL<br>ASSOCIATION NOT IN ITS INDIVIDUAL<br>CAPACITY BUT SOLELY AS TRUSTEE OF<br>MFRA TRUST 2016-1 C/O MFRESIDENTIAL<br>ASSETS I, LLC<br>                                   Movant<br>v.<br>Allen E. Windrim and<br>Scott Waterman, Esquire<br>                                   Respondents | Related to Document #23: |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

Movant, WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESIDENTIAL
ASSETS I, LLC, respectfully withdraws its Objection to Confirmation, which was filed on
11/06/2018, at docket #23.

POWERS KIRN, LLC

By:  **/s/ Harry B. Reese, Esquire**
Attorney ID#310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: harry.reese@powerskirn.com
Attorney for Movant
Dated:  March 8, 2019

15-1114

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Allen E. Windrim<br><br>Debtor(s) | 18-16016 JKF<br><br>Chapter 13 Proceeding |
| WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESIDENTIAL ASSETS I, LLC<br>Movant<br>v.<br>Allen E. Windrim and<br>Scott Waterman, Esquire<br>Respondents | Related to Document #: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Harry B. Reese, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on March 8, 2019:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first class U.S. mail.

**Parties Served via Electronic Notification:**

Henry Alan Jefferson Attorney for Debtor(s)

Jefferson Law, LLC
BNY Mellon Center
1735 Market Street
Suite 3750
Philadelphia, PA 1910

Scott Waterman, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading PA 19606
Trustee

**Parties Serviced via First Class Mail:**

Allen E. Windrim
2244 S. 9th Street
Philadelphia PA 19148
Debtor(s)

POWERS KIRN, LLC

By: **/s/ Harry B. Reese, Esquire**
Attorney ID#310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: harry.reese@powerskirn.com
Attorney for Movant