# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Allen E. Windrim,                : Chapter   13

          Debtor(s)                : Case No.   18-16016-jkf

## ORDER

AND NOW, this _____ day of _____, 20___, it is hereby ORDERED that the Movant's, WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESDIDENTIAL ASSETS I, LLC, or its Successor or Assignee, Motion For Relief From Automatic Stay to permit the Movant to lift, modify, or alter the Automatic Stay is DENIED.

Date:

                                               **HON. JEAN K. FITZSIMON**
                                               **U.S. BANKRUPTCY JUDGE**

**cc.:**

*Chapter 13 Trustee*
Scott Waterman, Esquire
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

*United States Trustee*
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

*Wilmington Trust National Association et seq.*
c/o Jill Manuel-Coughlin, Esquire
Powers Kirn, LLC
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053

*Debtor*
Allen E. Windrim
2244 S. 9th Street
Philadelphia, PA 19148