# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Allen E. Windrim,            :   Chapter    13
                                      :
         Debtor(s)                    :   Case No.   18-16016-jkf
                                      :

## ORDER

AND NOW, this __11th__ day of __March__, 20__19__, it is hereby ORDERED that the Movant's, WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESDIDENTIAL ASSETS I, LLC, or its Successor or Assignee, Motion For Relief From Automatic Stay to permit the Movant to lift, modify, or alter the Automatic Stay is DENIED (doc. no. 33) is hereby DENIED.

Date:  March 11, 2019

_____
**HON. JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**

**cc.:**

*Chapter 13 Trustee*
Scott Waterman, Esquire
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

*United States Trustee*
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

*Wilmington Trust National Association et seq.*
c/o Jill Manuel-Coughlin, Esquire
Powers Kirn, LLC
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053

*Debtor*
Allen E. Windrim
2244 S. 9th Street
Philadelphia, PA 19148