United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16016-jkf
Allen E. Windrim                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1              Date Rcvd: Mar 11, 2019
                             Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
db          +Allen E. Windrim,   2244 S. 9th Street,   Philadelphia, PA 19148-3143
            +Wilmington Trust National Association,   c/o Jill Manuel-Coughlin, Esquire,   Powers, Kirn, LLC,
              Eight Neshaminy Interplex,   Suite 215,   Trevose, PA 19053-6980
cr          +Wilmington Trust, National Association, not in its,   Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.
               harry.reese@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              HARRY B. REESE    on behalf of Creditor    WILMINGTON TRUST ET AL... harry.reese@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              HENRY ALAN JEFFERSON    on behalf of Debtor Allen E. Windrim hjefferson@hjeffersonlawfirm.com,
               hjeffersonone@gmail.com;r60499@notify.bestcase.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.
               jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT   WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Allen E. Windrim,                : Chapter  13
                                         :
        Debtor(s)                        : Case No.  18-16016-jkf
                                         :

**ORDER**

AND NOW, this  11th  day of  March        , 20 19 , it is hereby ORDERED that the Movant's, WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESDIDENTIAL ASSETS I, LLC, or its Successor or Assignee, Motion For Relief From Automatic Stay to permit the Movant to lift, modify, or alter the Automatic Stay is DENIED. (doc. no. 33) is hereby DENIED.

Date:  March 11, 2019

_____
**HON. JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**

cc.:

*Chapter 13 Trustee*
Scott Waterman, Esquire
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

*United States Trustee*
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

*Wilmington Trust National Association et seq.*
c/o Jill Manuel-Coughlin, Esquire
Powers Kirn, LLC
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053

*Debtor*
Allen E. Windrim
2244 S. 9th Street
Philadelphia, PA 19148