# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Allen E. Windrim <br>        Debtor(s) <br><br> Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1, its successors and/or assigns <br>        Movant <br> vs. <br><br> Allen E. Windrim <br>        Debtor(s) <br><br> William C. Miller Esq. <br>        Trustee | CHAPTER 13 <br><br><br> NO. 18-16016 JKF <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1, which was filed with the Court on or about **December 11, 2019, Docket Number 28**.

                Respectfully submitted,

             By: **/s/ Rebecca A. Solarz, Esquire**
               Rebecca A. Solarz, Esquire
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322
               Attorney for Movant/Applicant

March 29, 2019