**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Allen E. Windrim, | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No.  18-16016-jkf |

**ORDER**

**AND NOW,** upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

**It is hereby ORDERED that:**

1. The Application is **GRANTED**.

2. Total compensation in the amount of **$4,500.00** and reimbursement of expenses in the amount of **$19.10** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less **$1,250.00**, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date: May 3, 2019**

Date: _____

**HON. JEAN K. FITZSIMON**
U.S. BANKRUPTCY JUDGE

cc:
**Chapter 13 Standing Trustee:**
Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

**U.S. Trustee:**
Office of the U.S. Trustee:
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

**Debtor's Attorney:**
Henry A. Jefferson, Esquire
BNY Mellon Center, Suite 3750
1735 Market Street
Philadelphia, PA  19103

**Debtor:**
Allen E. Windrim
2244 S. 9th Street
Philadelphia, PA  19148