United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Allen E. Windrim  
    Debtor

Case No. 18-16016-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 03, 2019  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.
db          +Allen E. Windrim,    2244 S. 9th Street,    Philadelphia, PA 19148-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:
       HARRY B. REESE    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.
        harry.reese@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       HARRY B. REESE    on behalf of Creditor    WILMINGTON TRUST ET AL... harry.reese@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       HENRY ALAN JEFFERSON    on behalf of Debtor Allen E. Windrim hjefferson@hjeffersonlawfirm.com,
        hjeffersonone@gmail.com;r60499@notify.bestcase.com
       JILL MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.
        jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
        ecf_frpa@trustee13.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
        individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
        ECF_FRPA@Trustee13.com
                                                                                                     TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Allen E. Windrim,              :     Chapter 13
                                        :
          Debtor(s)            :     Case No.  18-16016-jkf

## ORDER

**AND NOW,** upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

**It is hereby ORDERED that:**

1. The Application is **GRANTED**.

2. Total compensation in the amount of **$4,500.00** and reimbursement of expenses in the amount of **$19.10** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less **$1,250.00**, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date: May 3, 2019**

Date: _____

**HON. JEAN K. FITZSIMON**
U.S. BANKRUPTCY JUDGE

cc:
**Chapter 13 Standing Trustee:**
Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

**U.S. Trustee:**
Office of the U.S. Trustee:
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

**Debtor's Attorney:**
Henry A. Jefferson, Esquire
BNY Mellon Center, Suite 3750
1735 Market Street
Philadelphia, PA  19103

**Debtor:**
Allen E. Windrim
2244 S. 9th Street
Philadelphia, PA  19148