```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 18-16016-jkf
Allen E. Windrim                                                Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett              Page 1 of 2            Date Rcvd: Feb 12, 2020
                              Form ID: pdf900              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db            +Allen E. Windrim,    2244 S. 9th Street,    Philadelphia, PA 19148-3143
cr             Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
cr            +Wilmington Trust, National Association, not in its,    Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
14199625       Fay Servicing,    PO BOX 619063,    Dallas, TX 75261-9063
14225140     +++Fay Servicing, LLC,    PO Box 814609,    Dalas, TX 75381-4609
14281723      +Jefferson Law, LLC,    BNY Mellon Center, Suite 3750,    1735 Market Street,
                Philadelphia, PA 19103-7501
14207125      +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14199626       Santander Consumer USA,    Attn: Bankruptcy Dept.,    PO BOX 560284,    Dallas, TX 75356-0284
14214121       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                St. Louis, MO 63166-0108
14195461      +WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.,     c/o JILL MANUEL-COUGHLIN,
                Powers, Kirn & Associates LLC,    Eight Neshaminy Interplex Suite 215,    Trevose, PA 19053-6980
14199624       Wells Fargo Home Mortgage,    PO BOX 5708,    Springfield, OH 45501-5708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:43      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:13       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 03:14:25       Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14284241       E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:42      City of Philadelphia,
                Law Department Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14209457       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 03:13:34
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14221505      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 13 2020 03:07:19       Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14195852      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:14:29
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
          HARRY B. REESE   on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ.
             bankruptcy@powerskirn.com
          HARRY B. REESE   on behalf of Creditor    WILMINGTON TRUST ET AL... bankruptcy@powerskirn.com
          HENRY ALAN JEFFERSON    on behalf of Debtor Allen E. Windrim hjefferson@hjeffersonlawfirm.com,
             hjeffersonone@gmail.com;r60499@notify.bestcase.com
```

```
District/off: 0313-2                  User: Antoinett               Page 2 of 2                   Date Rcvd: Feb 12, 2020
                                      Form ID: pdf900               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JILL  MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON TRUST NATIONAL ASSOCIATION ET SEQ. bankruptcy@powerskirn.com
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>ALLEN E WINDRIM<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 18-16016-JKF |
|---|---|

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 12, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE